UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: JEANNETTE (JAN) I. JOHNSON          CASE NO. 18-23129 GLT
DEBTOR
558 WEST NEWTON ST.                        CHAPTER 13
GREENSBURG, PA. 15601
SS #9163
MOVANT

v

SETERUS, INC AUTHORIZED
SUBSERVER FOR FEDERAL
NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE") CREDITOR
C/O SETERUS, INC., ITS
SUCCESSORS AND ASSIGNS

ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362(d) OF THE BANKRUPTCY CODE OF 1978

THE MOVANT OBJECTS TO THE MOTION FOR RELIEF FILED BY THE CREDITOR, SAID OBJECTIONS TO BE HEARD AT THE HEARING SCHEDULED OCT. 10, 2018, AT 10:00 A.M. BEFORE THE HONORABLE GREGORY L. TADDONIO, COURT ROOM A, 5490 U.S. STEEL TOWER 600 GRANT ST., PITTSBURGH, PA. 15219

JEANNETTE (JAN) I. JOHNSON
*Jeannette (Jan) I. Johnson*
558 WEST NEWTON ST.
GREENSBURG, PA. 15601
724-838-1554

FILED
9/27/18
2018 SEP 27 PM 2:21
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH